IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY GLENN DAVIS,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

  v.                                      Case No. 14-cv-004-wmc

BARRON COUNTY JUSTICE CENTER,
BRANCH I,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing plaintiff Ricky Glenn Davis's complaint for failure to state a claim.

/s/                                                October 6, 2014

Peter Oppeneer, Clerk of Court                     Date